**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JACK ERVAN, III, | |
| Plaintiff, | |
| vs. | Case No. 1:25-cv-02581 |
| VELOCITY INVESTMENTS, LLC; UPGRADE, INC.; CROSS RIVER BANK, | Hon. Matthew F. Kennelly |
| Defendants. | |

**DEFENDANT VELOCITY'S
MOTION FOR SUMMARY JUDGMENT**

Defendant, Velocity Investments, LLC ("Velocity"), by and through its attorneys, Justin M. Penn and Dominic M. Zumpano, hereby moves this Court pursuant to Fed. R. Civ. 56 for summary judgment in favor of Velocity and against Plaintiff on all counts alleged against Velocity in Plaintiff's Amended Complaint. Velocity fully adopts and incorporates herein its corresponding Statement of Material Facts and the arguments made in its Memorandum in Support of Motion for Summary Judgement filed contemporaneously with this Motion.

WHEREFORE, Defendant, Velocity Investments, LLC, respectfully requests that this Court grant its Motion for Summary Judgment, enter a final judgment in favor of Velocity and against Plaintiff, and to grant any other relief that this Court deems just and equitable.

Respectfully submitted,

HINSHAW & CULBERTSON LLP
Attorneys for Defendant Velocity Investments, LLC.

By: _/s/ Dominic M. Zumpano_

Justin M. Penn
Dominic M. Zumpano

1

jpenn@hinshawlaw.com
dzumpano@hinshawlaw.com
Hinshaw & Culbertson LLP
151 North Franklin Street
Suite 2500
Chicago, IL 60606
312-704-3000

## <u>CERTIFICATE OF SERVICE</u>

      I, Dominic M. Zumpano, an attorney, certify that on **January 23, 2026**, I caused to be served a copy of the foregoing **MOTION FOR SUMMARY JUDGMENT** by: depositing same in the U.S. Mail box at 151 North Franklin Street, Chicago, Illinois 60606, prior to 5:00 p.m., postage prepaid; messenger delivery; UPS; facsimile transmitted from (312) 704-3001; email; or electronically via the Case Management/Electronic Case Filing system ("ECF"), as indicated below.


  <u>X</u>   CM/ECF
  ___   Facsimile
  ___   Federal Express
  ___   E-Mail & U.S. Mail
  ___   Messenger


To: All Parties of Record


                                      */s/ Dominic M. Zumpano*
                                        Dominic M. Zumpano